LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Facsimile:   213-485-1200

Attorneys for Defendants
AMERICAN HOME MORTGAGE SERVICING, INC.
(erroneously sued herein as "AMERICAN HOME MORTGAGE
CORPORATION, dba AMERICAN BROKERS CONDUIT and
dba AMERICAN HOME MORTGAGE SERVICING, INC.") and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL & JONI FINDLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE CORPORATION, dba AMERICAN BROKERS CONDUIT and dba AMERICAN HOME MORTGAGE SERVICING, INC.; WINDSOR CAPITAL MORTGAGE CORPORATION, CHRIS CARTER, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-02885-FCD-KJN<br><br>Hon. Frank C. Damrell, Jr.<br><br>**NOTICE OF PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT BY COURT ORDERED DEADLINE AND REQUEST FOR DISMISSAL** |

1
NOTICE OF PLAINTIFFS' FAILURE TO FILE AMENDED COMPLAINT AND REQUEST FOR DISMISSAL
*Findley v. American Home Mortgage Corp., et al.*, Case No. 2:10-CV-02885-FCD-KJN

1  PLEASE TAKE NOTICE that defendants American Home Mortgage Servicing, Inc. ("AHMSI") and Mortgage Electronic Registration Systems, Inc. ("MERS" and together with AHMSI, "Defendants") request that the Court enter an order dismissing plaintiffs Lowell Findley and Joni Findley's ("Plaintiffs") case against Defendants with prejudice.

On November 2, 2010, Defendants filed a Motion to Dismiss all causes of action contained in Plaintiffs' Complaint. (Dkt. No. 4). On December 14, 2010, the Court entered an Order Granting Defendants' Motion to Dismiss. (Dkt. No. 11). The Court dismissed AHMSI from the action, but permitted leave to amend the complaint with respect to MERS. (*Id.*) The Court held that Plaintiffs were required to file any second amended complaint within 20 days of the date of the Court's order, or January 3, 2011. (*Id*. at p. 10) Plaintiffs have not filed a second amended complaint. The Federal Rules of Civil Procedure expressly state:

> **(b) Involuntary Dismissal; Effect.**
>
> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule — except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19 — operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b). Plaintiffs have clearly failed to comply with the Court's order to file a second amended complaint. Accordingly, the case should now be dismissed with prejudice as to all Defendants.

Dated: January 12, 2011               Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP


By:      */s/ Conrad V. Sison*
         Conrad V. Sison
         Daniel A. Solitro
Attorneys for Defendants
AMERICAN HOME MORTGAGE SERVICING, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

# CERTIFICATE OF SERVICE

I, Conrad V. Sison, an attorney, do hereby certify that on January 12, 2011, I electronically filed the foregoing **NOTICE OF PLAINTIFFS' FAILURE TO FILE AMENDED COMPLAINT BY COURT ORDERED DEADLINE AND REQUEST FOR DISMISSAL** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: January 12, 2011                                   By:   */s/ Conrad V. Sison*
                                                                                 Conrad V. Sison

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

2
NOTICE OF PLAINTIFFS' FAILURE TO FILE AMENDED COMPLAINT AND REQUEST FOR DISMISSAL
*Findley v. American Home Mortgage Corp., et al.*, Case No. 2:10-CV-02885-FCD-KJN