JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs
LOWELL FINDLEY & JONI FINDLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL FINDLEY & JONI FINDLEY, | Case No.: 2:10-CV-02885-FCD-KJN |
| Plaintiffs, | PLAINTIFFS' RESPONSE TO DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S REQUEST FOR DISMISSAL AND COUNTER REQUEST TO REMAND REMAINING ACTIONS BACK TO STATE COURT |
| vs. | |
| AMERICAN HOME MORTGAGE CORPORATION, dba AMERICAN BROKERS CONDUIT and dba AMERICAN HOME MORTGAGE SERVICING, INC.; WINDSOR CAPITAL MORTGAGE CORPORATION, CHRIS CARTER, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive, | Judge: *Hon. Frank C. Damrell, Jr.* |
| Defendants. | |

On January 12, 2011 defendants American Home Mortgage Servicing, Inc. and Mortgage Electronic Registration Systems, Inc. filed a NOTICE OF PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT BY COURT ORDERED DEADLINE AND REQUEST

FOR DISMISSAL. This Court previously dismissed AHMSI from the action but permitted leave to amend the Complaint with respect to MERS. It is correct that no Second Amended Complaint was filed with regards to MERS.

However, with regards to MERS the Court's MEMORANDUM AND ORDER dated December 14, 2010 only dealt with the cause of action against MERS for violation of RESPA. However, the First Amended Complaint did not only claim causes of action against AHMSI and MERS for violation of RESPA but several other State Law causes of action. It is the Seventh Cause of Action for violation of RESPA in the Amended Complaint that the Court dealt with in its ORDER and on which it ordered an Amended Complaint could be filed. Plaintiff elected not to file an Amended Complaint on the RESPA cause of action against MERS. However, all of the other remaining causes of action which are alleged against MERS are State Law causes of action. The Court did not in its ORDER rule with regards to MERS on any of those causes of action. Therefore, dismissal is only proper with regards to MERS in connection with the RESPA cause of action. Since the Federal Law causes of action are now dismissed, the remaining State Law causes of action are still pending and should be remanded back to State Court.

DATED: January 14, 2011

                                              Respectfully submitted,

                                              UNITED LAW CENTER

                                              /s/ John S. Sargetis, Esq.
                                              John S. Sargetis, Esq.
                                              Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Yvonne M. Pomeroy, a paralegal, do hereby certify that on January 14, 2011, I electronically filed the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANT AMERICAN HOME MORTGAGE SERVICING , INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S REQUEST FOR DISMISSAL AND COUNTER REQUEST TO REMAND REMAINING ACTIONS BACK TO STATE COURT** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: January 14, 2011                    By:  /s/ Yvonne M. Pomeroy
                                                Yvonne M. Pomeroy